## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KELLY WHITAKER, | |
| Plaintiff, | Case No. 1:20-cv-01371 |
| v. | Honorable Judge Sara L. Ellis |
| MIDWEST TITLE LOANS, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Kelly Whitaker ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Midwest Title Loans, Inc.

Dated: May 26, 2020

Respectfully Submitted,

s/ *Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, Marwan R. Daher, an attorney, certify that on May 26, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ Marwan R. Daher